# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WATKINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHIEF SCHOOL BUS SERVICE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case Number: 24-CV-03025 SMB/JMD |

## NOTICE OF SETTLEMENT WITH
## DEFENDANT 3RD DEGREE SCREENING, INC. ONLY

　　　　Comes now Plaintiff Denise Watkins, by and through her undersigned counsel, and hereby notifies the Court that the above-captioned lawsuit has been settled with Defendant 3rd Degree Screening, Inc. *only*. Plaintiff further states:

　　　　1.　　　　Plaintiff is Denise Watkins; Defendants are Chief School Bus Service, Inc., and 3rd Degree Screening, Inc.

　　　　2.　　　　This case was filed January 30, 2024 (Doc. 1).

　　　　3.　　　　Plaintiff has reached a settlement in principle with Defendant 3rd Degree Screening, Inc. only.

　　　　4.　　　　Plaintiff anticipates filing a Notice of Dismissal of Defendant 3rd Degree Screening, Inc. only within 45 days.

Dated:  May 28, 2024

*Respectfully submitted,*

By: /s/ Matthew S. Robertson
A.J. Stecklein
Matthew S. Robertson
STECKLEIN ROBERTSON LAW, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: aj@srlawkc.com
　　　　msr@srlawkc.com

and

Craig C. Marchiando, Esq., admitted *pro hac vice*
Adam W. Short, Esq., admitted *pro hac vice*
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: craig@clalegal.com
　　　　adam@clalegal.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on May 28, 2024, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

　　　　　　　　　　　　　　　　/s/ Matthew S. Robertson
　　　　　　　　　　　　　　　　Attorney for Plaintiff