IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WATKINS,<br><br>        Plaintiff,<br><br>vs.<br><br>CHIEF SCHOOL BUS SERVICE, INC., and 3RD DEGREE SCREENING, INC.,<br><br>        Defendants. | 4:24CV3019<br><br>**ORDER OF DISMISSAL** |

      This matter is before the Court on the Amended Stipulation of Dismissal with Prejudice of Defendant 3rd Degree Screening, Inc. ([Filing No. 45](#).) In accordance with the Stipulation,

      **IT IS ORDERED** that Plaintiff's claims against Defendant 3rd Degree Screening, Inc. are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

      Dated this 16th day of July, 2024.

                                                         BY THE COURT:

                                                         _____
                                                         Susan M. Bazis
                                                         United States District Judge