IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WATKINS,<br><br>Plaintiff,<br><br>vs.<br><br>CHIEF SCHOOL BUS SERVICE, INC.,<br><br>Defendants. | 4:24CV3019<br><br>**ORDER OF DISMISSAL** |

    This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendant Chief School Bus Service, Inc. (Filing No. 53.) Chief School Bus Service, Inc. is the only remaining Defendant in this case. Having considered the matter, the Court will accept the Stipulation.

    Accordingly,

    **IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

    Dated this 12th day of November, 2024.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge